S91A0053. HARPER v. SMITH.
(404 SE2d 120)

SMITH, Presiding Justice.

The parties were divorced on September 22, 1989 and on January 25, 1990 the appellant, Mrs. Harper, filed a contempt action against the appellee, Mr. Smith. The appellee answered and counterclaimed seeking to have portions of the original divorce decree vacated. The trial court vacated a part of the decree. We granted the appellant's application for discretionary appeal and requested the parties to address the issue of whether the trial court erred "by striking the promissory-note requirement from the divorce decree." We hold that the trial court did err, and we reverse.

A trial court has no authority, in a contempt proceeding, to modify a final judgment and divorce decree. *Sells v. Eilender,* 251 Ga. 463 (306 SE2d 662) (1983). That portion of the trial court order that vacated the promissory-note requirement was a modification of the final judgment and decree and must be reversed. The remaining portions of the contempt order are unaffected.

*Judgment reversed. All the Justices concur.*

---

DECIDED MAY 15, 1991 —
RECONSIDERATION DENIED JUNE 7, 1991.

*Shelby A. Outlaw,* for appellant.
*Wallace & Moss, Howard P. Wallace,* for appellee.